PER CURIAM.
Affirmed. See Carbajal v. State, 75 So.3d 258 (Fla.2011); DuBoise v. State, 520 So.2d 260 (Fla.1988); State v. King, 426 So.2d 12 (Fla.1982); Steward v. State, 931 So.2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Desmond v. State, 576 So.2d 743 (Fla. 2d DCA 1991); Sanchez v. State, 956 So.2d *626 1261 (Fla. 4th DCA 2007); Romero v. State, 790 So.2d 468 (Fla. 5th DCA 2001); Hart v. State, 761 So.2d 334 (Fla. 4th DCA 1998).
LaROSE, SLEET, and LUCAS, JJ., Concur.